# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>KELAYE CONCRETE, LLC,<br><br>Defendant. | CASE NO. C17-0655JLR<br><br>ORDER |

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4(c), 4(e), 4(h). On July 11, 2017, Plaintiff Northwest Laborers-Employers Health & Security Trust ("Northwest") filed a "Certificate of Mailing" indicating that the summons and complaint were mailed to Rebekah Williams

ORDER - 1

on July 5, 2017. (Aff. (Dkt. # 9) at 1.) Northwest's Certificate of Mailing is insufficient as service by mail is improper. *See* Fed. R. Civ. P. 4(e).[1]

Accordingly, the court ORDERS Northwest to SHOW CAUSE within five (5) days of the date of this order why this action should not be dismissed for failure to comply with Rule 4. If Northwest does not demonstrate good cause for the failure, the court will dismiss the action without prejudice.

Dated this 6th day of September, 2017.

JAMES L. ROBART
United States District Judge

---

[1] Northwest notes that it acted pursuant to "LCR 5(2)(C)" in mailing the summons and complaint. (Aff. at 1.) However, there is no LCR 5(2)(C), and LCR 5.2(c) governs redaction of filings in social security appeals and immigration cases. *See* Local Rules W.D. Wash. LCR 5, 5.2(c).