UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KELAYE CONCRETE, LLC, <br><br> Defendant. | CASE NO. C17-0655JLR <br><br> ORDER OF DISMISSAL |

On September 6, 2017, the court ordered Plaintiff Northwest Laborers-Employers Health & Security Trust ("Northwest") to show cause within five (5) days of the entry of the order why the court should not dismiss this action for failure to comply with Federal Rule of Civil Procedure 4. (9/6/17 Order (Dkt. # 10) at 1-2); *see* Fed. R. Civ. P. 4(c), 4(e), 4(h). The court indicated to Northwest that its service of the summons and complaint by mail was insufficient, and it cautioned Northwest that failure to timely respond would result in the dismissal of its complaint. (*See* 9/6/17 Order at 1-2.)

ORDER - 1

Northwest did not respond to the court's order. (*See* Dkt.) Accordingly, the court DISMISSES this action without prejudice.

Dated this 13th day of September, 2017.

JAMES L. ROBART
United States District Judge